## FLEETWAY CAPITAL CORP., Respondent

v.

SH & T EXPRESS, LLC, Shukri Temirov, Guarantor, Khalida Temirov, Guarantor, Shuhrat Temirov, Guarantor, Transport Carrier House, LLC, Guarantor, Sevila Trucking, Inc., Guarantor and Temur Trucking, Inc., Guarantor, Petitioners

### No. 268 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

■

Jennifer BLACK, as Executrix of the Estate of Ana T. Ravelo–Ortiz, Dec, Petitioner

v.

Drew P. RONNERMANN, M.D. and Pottstown Memorial Medical Center, Respondents

### No. 499 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**